Submitted on record and briefs November 19, affirmed December 11, 2002

## GARY KENNETH HERZOG,
*Appellant,*

*v.*

## Joan PALMATEER,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

00C-12710; A113115

59 P3d 544

Harrison Latto filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Timothy A Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Deits, Chief Judge,* and Kistler, Judge.

PER CURIAM

Affirmed. *Teague v. Palmateer*, 184 Or App 577, 57 P3d 176 (2002).

---

* Deits, C. J., *vice* Brewer, J.